UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

RICHARD LUTHMANN,

Plaintiff,

v.

DANESH NOSHIRVAN,

Defendant.

Case No. 2:25-cv-00337-JLB-NPM

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Danesh Noshirvan respectfully requests a 30-day extension of time to respond to the Complaint filed by Plaintiff Richard Luthmann. In support of this motion, Defendant states as follows:

1. Defendant was served with the Summons and Complaint on April 25, 2025.

2. Pursuant to Federal Rule of Civil Procedure 12(a), a response is due May 16, 2025.

3. Defendant is currently involved in a separate, ongoing legal matter with overlapping parties and facts. The instant action appears to be retaliatory in nature and arises in the midst of preparations for a major hearing in the primary case.

4. Defendant is actively working to retain legal counsel to respond appropriately and requires additional time due to current resource constraints and legal workload.

5. Defendant has not conferred with Plaintiff because Plaintiff has been involved in ongoing harassment and intimidation of Defendant and his family. See 2:23-cv-1218. As such, conferral is inappropriate.

6. This motion is made in good faith and not for the purpose of delay. No party will be unduly prejudiced by the extension.

WHEREFORE, Defendant respectfully requests that the Court grant a 30-day extension, up to and including June 16, 2025, to respond to the Complaint.

Respectfully submitted,

Date: May 16, 2025

/s/ Danesh Noshirvan

Danesh Noshirvan

2411 Charleston Rd

Mansfield, PA 16933

Email: thatdaneshguy@gmail.com

Phone: 1 714.293.9800

Pro Se Defendant