IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

RICHARD A. LUTHMANN,

an individual,　　　　　　　　CASE NO: 2:25-cv-00337

Plaintiff,

vs.

DANESH NOSHIRVAN,

Defendant.

### NOTICE OF A RELATED ACTION

Pursuant to this Court's Civil Action Order, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists. See Dkt. 3, ¶ 7.

Unrepresented parties must inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned cases are related to pending previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

(1) Danesh Noshirvan v. Jennifer Couture, Et'al, 2:23-cv-1218-JES-KCD;

(2) USCA11 Case: 25-11463-F Case Style: Danesh Noshirvan v. John Doe, et al, District Court Docket No: 2:23-cv-01218-JES-KCD; and

(3) Couture et'al v. Noshirvan, 2:23-cv-00340-SPC-KCD.

Respectfully submitted,

Danesh Noshirvan

## CERTIFICATE OF SERVICE

The undersigned certifies that, on June 16, 2025, a true copy of this document was served upon all counsel of record via the Court's electronic filing system.

/s/ Danesh Noshirvan