# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**RICHARD LUTHMANN,**

    Plaintiff,

v.                                                                         2:25-cv-337-JLB-NPM

**DANESH NOSHIRVAN,**

    Defendant.

---

| | | | |
|---|---|---|---|
| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Richard Luthmann |
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Not present |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | July 17, 2025 11:00 AM | **Total Time** | 1 hour 5 minutes |

**Rule 16(b) Conference**

Defendant not present. A Show Cause Order will be issued for Mr. Noshirvan. Court discussed case management and scheduling deadlines.

Plaintiff to file Second Amended Complaint by 8/7/2025.

Oral motion for extension of time to file Notice of selection of mediator. Court grants 4 weeks.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to be issued.