# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

**RICHARD LUTHMANN,**

    Plaintiff,

v.                                                            2:25-cv-337-JLB-NPM

**DANESH NOSHIRVAN,**

    Defendant.

---

## ORDER

On July 17, 2025, the court held an in-person Rule 16 conference. At the conference, plaintiff Richard Luthmann requested that the Court enter a Rule 502(d) order. Because defendant Danesh Noshirvan failed to appear at the conference, the oral motion is unopposed. *See* M.D. Fla. R. 3.01(c). As set forth below, the motion is granted.

1. This Order shall be applicable to and govern all deposition transcripts and/or videotapes, and documents produced in response to requests for production of documents, answers to interrogatories, responses to requests for admissions, affidavits, declarations and all other information or material produced, made available for inspection, or otherwise submitted by any of the parties in this litigation as well as testimony adduced at trial or during any hearing (collectively "Information").

2. The disclosure of privileged or work-product protected documents, electronically stored information ("ESI") or Information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

3. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or Information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected Information before production.

Accordingly, the unopposed oral motion for entry of a 502(d) order is **GRANTED**.

**ORDERED** on July 18, 2025

_____
NICHOLAS P. MIZELL
United States Magistrate Judge