# DECLARATION OF DANESH NOSHIRVAN

I, Danesh Noshirvan, declare under penalty of perjury that the following is true and based on my own knowledge:

1. My name is Danesh Noshirvan. I'm over 18, live in Mansfield, Pennsylvania, and am able to make this statement.

2. On April 16, 2025, Richard Luthmann posted a blog called "Danesh Jumps the Shark," where he shared stolen material and falsely claimed it showed minors.

3. The next day, April 17, I published a post on Substack. That post is the subject of this lawsuit. After Luthmann emailed me on April 14 at 11:14 a.m., I made a correction to my post. My lawyer later emailed Luthmann on April 17 at 11:58 a.m. to let him know it had been fixed.

4. The part of the post that's in question was only up for 44 minutes, and according to Substack analytics, only 12 people saw it during that time. Because I corrected it quickly, any damages are minimal—possibly zero—based on expert opinion.

5. I don't live in Florida, don't do business there, and don't have any personal ties to the state, other than the two federal court cases I've been pulled into: 2:23-cv-0340 (where I'm a defendant) and 2:23-cv-1218 (where I'm the plaintiff). My Substack page doesn't sell anything. It's just a blog that people can read or subscribe to. No one in Florida accessed the post before I fixed it.

6. On June 17, 2025, I got an email about a Rule 16(b) conference scheduled for July 17. I forgot to add it to my calendar, so I didn't realize it conflicted with a family vacation I had already planned in California. I didn't find out I missed the hearing until people on social media started posting about it.

7. I've been actively responding to this lawsuit and plan to continue defending myself. I hope the Court understands this was just an honest mistake and doesn't enter a default against me.

I declare under penalty of perjury that the above is true and correct.

Signed this 28th day of July, 2025, in Mansfield, Pennsylvania.

Danesh Noshirvan