IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

---

**RICHARD LUTHMANN,**

          Plaintiff,

v.

**DANESH NOSHIRVAN,**

          Defendant.

---

Case No. 2:25-cv-337-JLB

**DEFENDANT'S REJECTION OF PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT**

**DEFENDANT'S REJECTION OF PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT
(PURSUANT TO FLA. STAT. § 768.79 AND FED. R. CIV. P. 68)**

Plaintiff, Richard Luthmann, hereby notifies the Court that on August 1, 2025, Defendant Danesh Noshirvan formally rejected Plaintiff's Proposal for Settlement and Offer of Judgment, served pursuant to Florida Statutes § 768.79 and Federal Rule of Civil Procedure 68.

Said Offer was duly served in accordance with the procedural and substantive requirements of the aforementioned authorities and provided a good-faith opportunity for Defendant to resolve the matter in full, including all claims for damages, costs, fees, and equitable relief. Please see the attached.

Defendant's rejection of the Offer preserves Plaintiff's right to seek fees, costs, and sanctions as may be available under § 768.79, Rule 68, and applicable Florida and Eleventh Circuit precedent, in the event that Plaintiff secures a final judgment in excess of the rejected Offer.

Plaintiff reserves the right to submit further briefing on entitlement to cost-shifting and fee-shifting consequences should the final judgment warrant statutory relief.

Dated: August 6, 2025                                         Respectfully submitted,

*[signature]*

Richard Luthmann
Plaintiff, Pro Se
4199 Los Altos Court
Naples, FL 34109
(239) 631-5957
richard.luthmann@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I served a true and correct copy of the enclosed upon Defendant Danesh Noshirvan by US mail at the below address and by electronic mail to the following known and suspected email addresses:

Danesh Noshirvan
2411 Charleston Rd
Mansfield, PA 16933-8857

- noshirvan@yandex.com
- daneshnoshirvan@gmail.com
- thatdaneshguy@gmail.com
- daneshnoshirvan@yahoo.com
- dnoshirvan@cox.net
- dnoshirvan@valentinewoodworks.com

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 6, 2025

*[signature]*

Richard Luthmann
Plaintiff, Pro Se

# Re: Proposal for Settlement and Offer of Judgment - Luthmann v. Noshirvan - MDFL

| | |
|---|---|
| From | Danesh <daneshnoshirvan@gmail.com> |
| To | Richard A Luthmann<richard.luthmann@protonmail.com> |
| Date | Friday, August 1st, 2025 at 6:55 PM |

Richard,

Thank you for your proposal. Given its contents, it's clear this is not a good faith settlement offer. Do not contact me directly again.

Danesh

On Fri, Aug 1, 2025, 3:30 PM Richard Luthmann <richard.luthmann@protonmail.com> wrote:

> Mr. Danesh Noshrivan,
>
> **NOTE: This communication contains a Proposal for Settlement and Offer of Judgment.**
>
> I am pleased that the lines of communication are open, as I am sure the Court will be.
>
> I agree that we should communicate in writing, as there is little good faith between us.
>
> Please let me know, in writing, that you do not own or operate the email NOSHIRVAN@YANDEX.COM, and I will stop using it for email delivery of papers. That goes for all the other emails listed here. Please confirm for me what your preferred address(es) is/are.
>
> I can be reached at richard.luthmann@protonmail.com. If necessary, you may phone me at the number below.
>
> I will address your below email point by point.

### 1. Re: Clarification of Prior Statement

> *"Additionally, I would like to open the lines of communication with the goal of reaching a settlement. All I really want for you is to acknowledge that what you have said about me being a pedophile, child stalker, child predator, a person who violates children, etc. is false."*

This statement is neither vague nor an ultimatum. It is a straightforward articulation of the relief sought—an admission that the most egregious and defamatory statements you published about me are false. No harassment has occurred. I have made lawful and protected efforts to seek legal redress for your unlawful and defamatory actions.

### 2. Re: Accusation of Harassment

> *"You should stop harassing me because it's immoral..."*

I categorically deny that I have harassed you. Filing a lawsuit, serving court documents, and requesting accountability under the law are not harassment—they are constitutionally protected acts under the First Amendment and the Petition Clause.

### 3. Re: "Telling the Public"

> *"I don't contact you and only ever speak of you when telling the public what you did to me or my family."*

That is the very conduct that is at issue—your public statements, which falsely accused me of crimes against children, including being a "child predator" and "pedophile." These are not matters of opinion or protected speech when they are provably false and malicious. Repeating defamatory falsehoods in public forums—including TikTok and podcasts—does not immunize you from liability.

### 4. Re: Willingness to Hear Offer

> *"If you're trying to make a deal... I'm willing to hear your offer."*

You are encouraged to retain counsel to discuss settlement (except Mr. Chiappetta), as I do not prefer to negotiate with unrepresented adversaries in live litigation unless necessary. You are also encouraged to accept my pending Rule 68 / § 768.79 Offer of Judgment, which is a formal, court-sanctioned offer made in writing.

### 5. Re: "Misappropriating Your Criminal Behavior to Me"

> *"Even in these emails you've defamed me by misappropriating your criminal behavior to me."*

This is false, defamatory, and unsupported. I have never been convicted of any conduct even remotely similar to the claims you have made. My history is a matter of public record, and your repeated attempts to falsely equate it to crimes against children is defamatory per se. I have no criminal record involving any child-related matter whatsoever.

### 6. Re: "You lie and defame people for a living"

That is an untrue and reckless statement. My reporting and commentary are well-documented and frequently cited. You are not entitled to immunity for false and malicious speech just because you say you "believe" it.

### 7. Re: Joey Camp and Court Email Protocol

> *"As you know the yandex email is your friend Joey camp..."*

Your speculation about email origins is incorrect. Service of court filings to relevant parties or witnesses is permissible under federal law and court rules. Your attempt to silence those exposing your misconduct, including Mr. Camp, is a transparent intimidation tactic. Again, if you do not own or operate the email NOSHIRVAN@YANDEX.COM, please confirm it in writing, and I will stop noticing it.

### 8. Re: Threat of Bad Faith Claim

> *"If you're going to try to include any defamatory language about me or force me to say false statements..."*

I do not seek to force you to say anything false. I seek a truthful acknowledgment that you knowingly made false and defamatory statements about me that have caused severe and lasting harm, including medical harm documented by treating professionals. That is not coercion—it is the core of your liability. You have caused and exacerbated serious personal injury. For settlement purposes, I will disclose further brain-scan evidence. Have your experts review them, and they will tell you that you are at litigation risk. Failing to resolve this matter now will result in significantly higher costs than the offered amount and terms, should this matter proceed and I engage specialty counsel and experts to pursue it and seek to be made whole.

## Conclusion

If you wish to resolve this matter, you should consider my written Proposal for Settlement and Offer of Judgment, which was served in compliance with Florida Statutes § 768.79 and Federal Rule of Civil Procedure 68. You may accept or reject it as you see fit.

If you wish to proceed to litigation, I welcome the opportunity to prove, before the Court and a jury, the full extent of your malicious conduct and my damages. Your refusal to appear at the July 17 hearing will also be addressed, or you will be meaningfully participating in the resolution of these proceedings to this point.

**Govern yourself accordingly.**
Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:
(239) 631-5957
richard.luthmann@protonmail.com
LINKTREE
Muck Rack Profile

**Substack:** <u>This is For Real.</u>
**Editor-In-Chief:** <u>FLGulf.news</u>
**Editor-In-Chief:** <u>NYNewsPress.com</u>
**Editor-In-Chief:** <u>TheFamilyCourtCircus.com</u>
**Contributor:** <u>Frank Report</u>
**Contributor:** <u>Sun Bay Paper</u>
**Follow Me on** <u>Facebook</u> <u>X</u> <u>Instagram</u> <u>LinkedIn</u> <u>TRUTH</u> <u>Rumble</u>

Sent with Proton Mail secure email.

On Friday, August 1st, 2025 at 4:48 PM, Danesh <daneshnoshirvan@gmail.com> wrote:

> Please clarify your statement below:
>
> "Additionally, I would like to open the lines of communication with the goal of reaching a settlement.
>
> All I really want for you is to acknowledge that what you have said about me being a pedophile, child stalker, child predator, a person who violates children, etc. is false."
>
> Don't make vague ultimatums. You should stop harassing me because it's immoral and you shouldn't require anything from me. I don't contact you and only ever speak of you when telling the public what you did to me or my family. You should also stop harassing me because I intend to hold every party accountable (legally) so there will be no "getting away with it" anyway.
>
> If you're trying to make a deal like you said in writing and if you're willing to withdraw the lawsuit and stop harassing and defaming me and my wife and kids; I'm willing to hear your offer. Make a real offer and send it over and I will consider it. If this was just a bluff to appeal to the judge while further harassing me, then I'll just see you on Aug 27th at the hearing where I'm happy to show the judge that your

negotiations are all in bad faith. As even in these emails you've defamed me by misappropriating your criminal behavior to me.

I will not have any communication with you that's not in writing because you lie and defame people for a living, even young children. As you know the yandex email is your friend Joey camp and roping in the other person who was hired to harass my wife and kids into court emails to me is improper.

Send me your real offer, if you're going to try to include any defamatory language about me or force me to say false statements, it will be considered bad faith and rejected immediately and I'll see you on the 27th.

Danesh


On Thu, Jul 24, 2025, 10:42 AM Richard Luthmann <richard.luthmann@protonmail.com> wrote:

> Mr. Noshirvan,
>
> I trust your California and Las Vegas vacation went well.
>
> While you were away, we had a conference before Magistrate Judge Nicholas Mizell. A plethora of issues were raised and discussed.
>
> Relevant to this conversation is the selection of a mediator.
>
> I select **John M. Barkett** as the mediator for this case. I believe him to be well-qualified to help resolve this case.
>
> https://www.acctm.org/mediators/john-m-barkett/

Please let me know your position.

Additionally, I would like to open the lines of communication with the goal of reaching a settlement.

All I really want for you is to acknowledge that what you have said about me being a pedophile, child stalker, child predator, a person who violates children, etc. is false.

The issue is not only honor and reputation. That is very important, because as you know, criminal pedophilia - sex with children under the age of 12 - is punishable by death in the State of Florida. Your statements and non-speech "campaign" against me would leave the reasonable person in the Southwest Florida community to believe that I have sex with young children. The words have come from YOUR LIPS and YOUR KEYBOARD STROKES. The campaign has been driven and amplified by harassment, dishonesty, and AI.

It is medical as well. I have no problem sharing the attached documents with you for settlement purposes.

You are someone who claims PTSD and CPTSD. Your previously sworn statements under oath show that you are familiar with the medical issues.

My brain scans from the Amen Clinic, when put into a Daubert form by an expert, will show that I have C-PTSD. Furthermore, they will demonstrate that your actions have significantly contributed to my C-PTSD in various ways. I am not an expert, but my understanding is that trauma cannot be resolved while it remains ongoing. The legal claims, which will become abundantly clear in the forthcoming Amended Complaint, will show that your defamation per se and related "tortious campaign" have exacerbated my C-PTSD. Further, your actions, speech, and non-speech have stunted and stemmed my ability to recover from the underlying

traumas that I dealt with before you began your harmful course of speech and dishonest and malicious non-speech campaign.

This is the classic "eggshell skull rule" under tort law. Your statements claim that I am somehow "damaged." This is very true. You knew it coming in and you know it now. I have the brain scans, medical records, and experts to prove it. My expert will qualify the evidence under Daubert show that your words and deeds have exacerbated my damage in serious and substantial ways, which will far cross the $75,000 federal court threshold.

![amenclinics_1746646987x1878163.png]

![amenclinics_1746646994x1878163.png]

Judge Mizell questioned whether the harm constituted a subspecies of harm under Defamation *Per Se* or whether the non-speech "campaign" aspect, to the extent that it included non-speech, intentional, malicious, dishonest, synthetic, and palpably criminal elements, constituted and continues to constitute a separate intentional *prima facie* tort.

This is an interesting and novel question of fact and law, and I will be proceeding under the "Two Tort" Theory.

I will also notify you now, informally and in the spirit of compromise, that my expert witness in this respect will be Dr. S. Gregory Hipskind: https://braininjuryconsultingllc.com/

Before we get bogged down in litigation costs and expenses, I would like to discuss a compromise. My earlier discussions remain open: scream from the highest mountaintops that the things you previously said and continue to say about me were not true. We can craft language - TOGETHER. You can claim that you

believed the false and defamatory per se statements when you said them (which I have no doubt in your mind that you do). But, I subsequently provided you with additional information that made you reconsider the objective facts and revise your public statements.

There is no dishonor in this. It is called resolution and peaceful compromise. Even Saladin and Richard the Lionheart signed the Treaty of Jaffa.

And for the record, on *Noshirvan v. Couture et al.*, my pecuniary interests are aligned with yours. The more money you receive, the more that is available for me.

However, if you knew me, you would know I am not motivated by worldly things. Jesus Christ said it is easier for a camel to go through the eye of a needle than for a rich man to gain eternal life (Matthew 19:24; Mark 10:25; Luke 18:25).

An interesting aside, the Persians expressed (and may continue to express) the concept of the impossible by saying it would be easier to put an elephant through the eye of a needle. The camel was a Jewish adaptation (the largest animal in Israel was a camel).

That being said, it should be abundantly clear from my journalism that I am morally opposed to your "campaign" activities, which I believe are forms of intentional, malicious, dishonest, and AI-driven harm, causing real and quantifiable trauma.

Danesh, I believe that you hurt people. You do it intentionally, maliciously, and for profit. And I believe that is wrong.

As a Christian, I will extend that olive branch of peace commanded by the Savior. But do not take the kindness of Christ as weakness. It was the Christian Knights who put the sons of Saladin to the sword as a matter of Divine Duty and Sacred

Honor. That was a "campaign" too, and it didn't have very much to do with speech.

Let's try to resolve this case.

I believe the Court would be happy to eliminate it from its docket.

Regards,

Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:
(239) 631-5957
richard.luthmann@protonmail.com
LINKTREE
Muck Rack Profile
Substack: This is For Real.
Editor-In-Chief: FLGulf.news
Editor-In-Chief: NYNewsPress.com
Editor-In-Chief: TheFamilyCourtCircus.com
Contributor: Frank Report
Contributor: Sun Bay Paper
Follow Me on Facebook X Instagram LinkedIn TRUTH Rumble

Sent with Proton Mail secure email.