IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD A. LUTHMANN
an individual,

      Plaintiff,

vs.

DANESH NOSHIRVAN,

      Defendant(s).
_____/

CASE NO:
2:25-cv-00337-JLB-NPM

Hon. John L. Badalamenti

## DEFENDANT, DANESH NOSHIRVAN'S, NOTICE OF APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant, DANESH NOSHIRVAN.

Respectfully submitted,

Nicholas A. Chiappetta, Esq.
Florida Bar No.: 1006407
**Chiappetta Trial Lawyers**
Attorneys for Mr. Noshirvan
2101 Vista Parkway, Suite 258
West Palm Beach, Florida 33411
Direct: (561) 768-4500
Fax:   (561) 768-4600
service@chiappettalegal.com
nick@chiappettalegal.com
www.chiappettalegal.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to:

Richard A. Luthmann
Pro se
338 Sugar Pine Lane
Naples, Florida 34108
(239) 631-5957
richard.luthmann@protonmail.com

*/s/ Nicholas A. Chiappetta*
Nicholas A. Chiappetta