## Re: Activity in Case 2:25-cv-00337-KCD-NPM Luthmann v. Noshirvan Order on Motion for Miscellaneous Relief

From    Richard A Luthmann <richard.luthmann@protonmail.com>

To      Nick Chiappetta<nick@chiappettalegal.com>, Nicholas Chiappetta<nchiappetta@chiappettalegal.com>, Vicki Modaffari<vicki@chiappettalegal.com>, eservice Florida courts<service@chiappettalegal.com>

CC      cmecf_flmd_notices@flmd.uscourts.gov, linda@naplessecuritysolutions.com, Frankie Pressman<frankiepressman@protonmail.com>, Frank Parlato<frankparlato@gmail.com>, Rick LaRivière<RickLaRiviere@proton.me>, Dick LaFontaine<RALafontaine@protonmail.com>, Modern Thomas Nast<mthomasnast@protonmail.com>, Jackson-Fannin, Julian A.<jjfannin@duanemorris.com>, pt@ptesq.com<pt@PTESQ.COM>, hwgurland@duanemorris.com<HWGurland@duanemorris.com>, tbrodsky@rolfeshenry.com, Brian Henry<bhenry@rolfeshenry.com>, earend@rolfeshenry.com, Joey@YourDaddyJoey.news<joey@yourdaddyjoey.news>, Joseph A. Camp<joey@joeycamp2020.com>, Cortney Kotzian<theomahaoracle@gmail.com>

**EXHIBIT A**

Date    Thursday, April 9th, 2026 at 11:59 AM

Mr. Chiappetta,

Pursuant to the Court's Order below, I will be appearing **AT YOUR OFFICE** to conduct the required meet-and-confer **IN PERSON**.

Given your prior conduct (criminal impersonation of another attorney), I do not consider a telephone or video conference reliable or appropriate for this interaction or documentation purposes. You'll just go back and lie to the Court (again), and I will have no recourse. I have a right to protect myself and my legal claims. You have previously stated that you will not go "ON RECORD" in electronic communications.

LUTHMANN OBJECTIONS 0001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| DANESH NOSHIRVAN a/k/a @ THATDANESHGUY,<br><br>Plaintiffs,<br><br>vs.<br><br>JENNIFER COUTURE, et al.,<br><br>Defendants. | Civil Case No.: 2:23-cv-01218<br><br>OPPOSED |

**OPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY TO PLAINTIFF'S
RESPONSE [D.E. 427] AND CROSS-MOTION TO COMPEL PRODUCTION
CONCERNING PLAINTIFF'S IMPERSONATION OF TRAINOR'S EMAIL
AND DOMAIN**

Pursuant to Local Rule 3.01(d) Patrick Trainor and Law Office of Patrick Trainor (hereinafter collectively "**Trainor**") seeks leave to file a short sur-reply of no more than five (5) pages with cross-motion to compel Plaintiff to produce documents and electronically stored information related to Plaintiff's counsel's impersonation of Trainor's email address and internet domain. [D.E. 427 at 12]. As seen below, inserted on page twelve (12) of Plaintiff's motion is an image of Mr. Chiappetta's computer screen which shows him impersonating Trainor's email address and domain (ptesq.com) by using "ptesq1" to send and receive correspondence.



LUTHMANN OBJECTIONS 0002

On June 30, 2025, Trainor emailed Mr. Chiappetta to request a meet and confer, Chiappetta opposed the motion, but he admitted to Trainor that he *"…made a Yahoo.com email account in 2023 utilizing the email address ptesq1@yahoo.com . After the account was made, I never used the account. See below…Childish perhaps in retrospect. But definitely nothing nefarious as you falsely allege."* A copy of the email is attached hereto as **Exhibit** A. Chiappetta's explanation does not explain why he was using it on June 27, 2025.

Chiappetta's impersonation of Trainor is consistent with Noshirvan, and Chiapetta's behavior of fabricating allegations and documents to impugn Trainor's character. It was Chiappetta who filed the sworn Declaration of James McGibney that falsely alleged Trainor conspired with Camp to threaten and harass We Serve NJ, LLC, a New Jersey based process server. [D.E.'s 170 at 17; 170-10 and 217-3]. And it was Chiappetta who attached a forged version of the alleged "letter" McGibney arranged for We Serve to personally serve Trainor, except that the signature in Chiappetta's version of the letter [D.E. 217-1] is printed in cursive, whereas, the original letter Trainor was served was in plain print. [D.E. 202-2]. *See Trainor's Sur-Reply to the Opposition to His Rule 11 Motion Direct to Plaintiff's Counsel Nicholas Chiappetta, Esq.* [D.E. 227 at 4].

To preserve the integrity of these proceedings, the Court must grant Trainor leave to file his sur-reply and cross motion to compel, or given the obscenity of this breach of decency, the Court *sua sponte* should immediately order Chiappetta to cease impersonating Trainor, to disclose and identify when he created "ptesq1," produce

2

LUTHMANN OBJECTIONS 0003

all correspondence sent and/or received using "ptesq1," all instances where "ptesq1" has been used to create or modify online or offline accounts, and all other uses.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order granting Trainor leave to file sur-reply, and/or in lieu thereof, Orders Chiappetta to disclose and identify all information about "ptesq1," and for such other relief as the Court deems just.

Respectfully submitted,

Dated: June 30, 2025

Patrick Trainor, Esquire (Attorney ID 242682019)
LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
P: (201) 777-3327
F: (201) 896-7815
pt@ptesq.com
*Attorney for Trainor*

## LOCAL RULE 3.01(g) CERTIFICATION

Patrick Trainor hereby certifies pursuant to Local Rule 3.01(g) that on June 30, 2025, he attempted to arrange a meet and confer with Plaintiff's counsel, whereby, Plaintiff's counsel replied that he opposes this "sur-reply/cross motion utilized to interfere with holiday weekend.

Dated: June 30, 2025

*Patrick Trainor, Esquire (Attorney ID 242682019)*

## CERTIFICATE OF SERVICE

3

This meeting will be conducted to ensure full accuracy and accountability. I intend to document the interaction properly and secure my personal protection, consistent with applicable Florida law. I intend to hire this or a similar security group, and the meeting will be recorded:

https://bisprofiles.com/fl/naples-security-solutions-113000089900

Please be prepared to engage in a substantive, good-faith discussion as required by the Court. I expect professionalism and compliance with both the letter and spirit of the Order.

For clarity, I will proceed to the address publicly listed for your office and the previously-published body cam footage (where you fumbled around like a buffoon at your desk almost as bad as you do in open court):

2101 Vista Pkwy, Suite 258

West Palm Beach, FL 33411

https://rumble.com/v70bd4g-delusional-daneshs-hoax-collapses-body-cam-footage-debunks-tiktok-terrors-f.html

Kindly confirm your availability so there are no issues upon my arrival.

LUTHMANN OBJECTIONS 0004

In the alternative, you can stipulate to the fact and relief that:

1) we conferred and that no resolution was reached, necessitating the filing of the motion, OR

2) you agree the stay should be lifted to avoid prejudice, OR

3) you are conflicted as a witness-advocate and that you must withdraw, OR

4) you love you some paraphernalia.

Thank you for attention to this matter!



Regards,

Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:
(239) 631-5957
richard.luthmann@protonmail.com
**LINKTREE**
**Muck Rack Profile**
**Substack: This is For Real.**
**Editor-In-Chief: FLGulf.news**
**Editor-In-Chief: NYNewsPress.com**
**Editor-In-Chief: TheFamilyCourtCircus.com**
**Contributor: Frank Report**
**Contributor: Sun Bay Paper**
**Follow Me on Facebook X Instagram LinkedIn TRUTH Rumble Newsbreak SPOTIFY YouTube**

Sent with Proton Mail secure email.

On Thursday, April 9th, 2026 at 10:25 AM, cmecf_flmd_notification@flmd.uscourts.gov
<cmecf_flmd_notification@flmd.uscourts.gov> wrote:

> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail
> because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of
> record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed

LUTHMANN OBJECTIONS 0005

electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 4/9/2026 at 10:23 AM EDT and filed on 4/9/2026

**Case Name:**      Luthmann v. Noshirvan

*Case Number:*    2:25-cv-00337-KCD-NPM

**Filer:**

**Document Number:** 99(No document attached)

**Docket Text:**
ENDORSED ORDER denying without prejudice [98] Plaintiff's motion to lift the stay and avoid prejudice for failure to comply with Local Rule 3.01(g). Apparently, Plaintiff's conferral efforts consist of nothing more than two emails to defense counsel, despite defense counsel offering his availability to confer by telephone or in person. (Doc. [98-1] at 3-4, 34-41). As stated in the civil action order: "For anything other than joint or unopposed motions, the term 'confer' requires a substantive conversation in person, by telephone, or via videoconference. It does not envision an exchange of ultimatums by email or letter." (Doc. [3] at 6-7). Thus, the motion complies with neither Local Rule 3.01(g) nor the civil action order. Signed by Magistrate Judge Nicholas P. Mizell on 4/9/2026. (TLP)

**2:25-cv-00337-KCD-NPM Notice has been electronically mailed to:**

Nicholas A. Chiappetta      nick@chiappettalegal.com

Richard Luthmann      richard.luthmann@protonmail.com

**2:25-cv-00337-KCD-NPM Notice has been delivered by other means to:**

**8.99 MB**    1 file attached    4 embedded images

image-fotor-20260408111518.png 196.36 KB        image-fotor-20260408111549.png 327.38 KB

image-fotor-20260408111621.png 169.35 KB        Luthmann v. Noshirvan - ECF 98 - Motion to Lift Stay.pdf 8.24 MB

Trump USA.jpg 74.75 KB

LUTHMANN OBJECTIONS 0006