**Outlook**

---

### Fw: Activity in Case 2:25-cv-00337-KCD-NPM Luthmann v. Noshirvan Response

---

**From** Richard Luthmann <richard.luthmann@protonmail.com>

**Date** Tue 4/14/2026 11:25 AM

**To** Nicholas Chiappetta <nchiappetta@chiappettalegal.com>; Nick Chiappetta <nick@chiappettalegal.com>; Vicki Modaffari <vicki@chiappettalegal.com>; eservice Florida courts <service@chiappettalegal.com>; ThatDanesh Guy <thatdaneshguy@gmail.com>; thatdaneshguy@yahoo.com <thatdaneshguy@yahoo.com>; Danesh <daneshnoshirvan@gmail.com>; ptesq1@yahoo.com <ptesq1@yahoo.com>

**Cc** Michael Volpe <mvolpe998@gmail.com>; Dick LaFontaine <RALafontaine@protonmail.com>; Rick LaRivière <RickLaRiviere@proton.me>; Modern Thomas Nast <mthomasnast@protonmail.com>; Frankie Pressman <frankiepressman@protonmail.com>; Frank Parlato <frankparlato@gmail.com>; Joey@YourDaddyJoey.news <joey@yourdaddyjoey.news>; Joseph A. Camp <joey@joeycamp2020.com>; Cortney Kotzian <theomahaoracle@gmail.com>; Brian Henry <bhenry@rolfeshenry.com>; tbrodsky@rolfeshenry.com <tbrodsky@rolfeshenry.com>; Sara Burns <sburns@rolfeshenry.com>; kmcclintock@rolfeshenry.com <kmcclintock@rolfeshenry.com>; kdeglman@rolfeshenry.com <kdeglman@rolfeshenry.com>; Jackson-Fannin, Julian A. <jjfannin@duanemorris.com>; hwgurland@duanemorris.com <HWGurland@duanemorris.com>; pt@ptesq.com <pt@PTESQ.COM>

Mr. Chiappetta,

In light of the filing of the objections below and the fact that your office is outside the district and has no canolis, there will be no "face-to-face" on the 17th and the 21st.



But I did tell the momos from Hiahleah to be ready in case the Court directs that I should come to you, with my helpers affording me the full panoply of protections afforded by the laws of God and man, and in particular the United States and the State of Florida.



In the meantime, keep shaking down The Cincinnati Insurance Company and its adjusters. My position has always been clear:

https://luthmann.substack.com/p/good-day-danesh-luthmann-hopes-noshirvan

You can let your client know that, in the interim until we hear from the Court, I'll be pursuing redress in other forums.



Thank you for your attention to this matter!



Regards,

Richard Luthmann
Writer, Journalist, and Commentator
Tips or Story Ideas:
(239) 631-5957
richard.luthmann@protonmail.com
**LINKTREE**
**Muck Rack Profile**
**Substack: This is For Real.**
**Editor-In-Chief: FLGulf.news**
**Editor-In-Chief: NYNewsPress.com**
**Editor-In-Chief: TheFamilyCourtCircus.com**
**Contributor: Frank Report**
**Contributor: Sun Bay Paper**
**Follow Me**
**on Facebook X Instagram LinkedIn TRUTH Rumble Newsbreak SPOTIFY YouTube**

Sent with Proton Mail secure email.


------- Forwarded Message -------
From: cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
Date: On Tuesday, April 14th, 2026 at 11:04 AM
Subject: Activity in Case 2:25-cv-00337-KCD-NPM Luthmann v. Noshirvan Response
To: cmecf_flmd_notices@flmd.uscourts.gov <cmecf_flmd_notices@flmd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 4/14/2026 at 11:03 AM EDT and filed on 4/13/2026

**Case Name:** Luthmann v. Noshirvan
**Case Number:** 2:25-cv-00337-KCD-NPM
**Filer:** Richard Luthmann
**Document Number:** 100

**Docket Text:**
**Plaintiff's OBJECTIONS Under Fed.R.Civ.P 72(a) re [99] Order denying Plaintiff's motion to lift the stay filed by Richard Luthmann. (Attachments: # (1) Declaration, # (2) Exhibit A, # (3) Exhibit B, # (4) Exhibit C, # (5) Exhibit D, # (6) Exhibit E, # (7) Exhibit F, # (8) Exhibit G)(LF)**

**2:25-cv-00337-KCD-NPM Notice has been electronically mailed to:**

Nicholas A. Chiappetta    nick@chiappettalegal.com

Richard Luthmann    richard.luthmann@protonmail.com

**2:25-cv-00337-KCD-NPM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-0] [13b48047d582d0024b5c4011b3c7d8965afb9e5f007fa1bb310b9ba4a9ce0684b5ea4601e5637eddb6a3b9feed0506deb4ee76c042929127ae816f5a850df4d7]]
**Document description:** Declaration
**Original filename:**n/a
**Electronic document Stamp:**

Firefox    https://outlook.cloud.microsoft/mail/inbox/id/AAQkAGJkMTY5O...

[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-1] [746e0c730e3bb274bcf193c6246362ad712994571eea6817cde9e2a22a3cc127c9a8302f91b55684136098e3765460892083cef01288c500cfc5589f0ad5a9c4]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-2] [304ade2afb63e3a7acac32a4b73196917cd4661f4cd47b96515261f2efc9b71699f4fef700752ace1fe301cb41d76b4d62727cab5d28f5d4d1c3f8d3c500c736]]
**Document description:**Exhibit B
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-3] [86b0180a5e6e178751139dc28f7c3f7505c959c08cee466dc1d72bdd654bcf9f1eb775e5fe98e9f459936efec828adcf7bfe3b82841e861ea9d71e6fae7b85c2]]
**Document description:**Exhibit C
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-4] [4a8f6eadb46268902712fcb2cfbd57a19aeede29033fd2e1a163c4b38b180b08c6040fa22ca8100bbeb405f2796db30ad048212fbbed733911776dd9967e7597]]
**Document description:**Exhibit D
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-5] [0d0999c4f26e7b44c2f4a32af1fec9adf95f578af1b73b75cb6409d66f58c02f22079f49d4e5d73960f0e52ad2cf09312c0b0b786b4371d2da27bb7d4134f9f8]]
**Document description:**Exhibit E
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-6] [3ee1dbb0cb0d94ae5b3debdf5bbc1e46febf11b146f1a31dc05f165e0979316922cc42acb8a2e7af9c85008e6cfe583f1d514cdb49f2c4b910127c9868e24bbb]]
**Document description:**Exhibit F
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-7] [05aaea50beca3ff9ae3151b71caf9bc0707b4d68d9bd4da46471d07f9681e1925a2eb3585dc122a4dff2e60a0c0744919cb07ff43d1795666b115d81317d105d]]
**Document description:**Exhibit G
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=4/14/2026] [FileNumber=27051072-8] [3d34071b9dd7122d99125f84441cdef16f1e19f822a03d6533f39ac7b81c6e8adec68b663c7df524b887f9c0e336c40d0e841fc3a331118133d40241cad0ee76]]