RICHARD LUTHMANN
(239) 778-6524
4199 LOS ALTOS CT
NAPLES  FL 34109

2 LBS        1 OF 1
SHP WT: 2 LBS
DATE: 11 AUG 2026

SHIP TO:
ATTN  CLERK OF COURT
FORT MYERS FEDERAL COURT
2110 1ST ST

FORT MYERS   FL 33901-3000



FL 339 0-01

UPS GROUND

TRACKING #:   1Z 037 7VA 03 0456 0818



BILLING: P/P



Screened by USMS

MMX4B4ZX2Z8A8 I8X 13.86C ZZP 458 28.5U 85/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

FORT MYERS FEDERAL COURT
2110 1ST ST
FORT MYERS FL 33901

P: BROWN S: BLACK  I: 41C

307-5400  0818

1Z0377VA030456 0818
SAT08485 XLE 01-1 Aug 12 04:50:13 2026
US 3390 UDC 25.9 SATOLR

1Z0377VA

Tra

The UPS Sto